﻿Citation Nr: AXXXXXXXX
Decision Date: 02/28/20 Archive Date: 02/28/20

DOCKET NO. 190710-40006
DATE: February 28, 2020

ORDER

Service connection for posttraumatic stress disorder (PTSD) is dismissed. 

FINDING OF FACT

1. The Regional Office issued a rating decision denying service connection for PTSD on January 15, 2019, prior to the implementation of the Appeals Modernization Act on February 19, 2019. 

2. On July 3, 2019, the Veteran filed VA Form 10182 to request direct review of the January 15, 2019 rating decision. 

3. The appeal is not properly before the Board of Veterans’ Appeals. 

CONCLUSION OF LAW

The Board has no jurisdiction to adjudicate the merits of this appeal. 38 C.F.R. § 19.2; 38 C.F.R. § 3.2400.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from August 1999 through September 2005. 

This matter come before the Board of Veterans’ Appeals (Board) on appeal from a January 2019 rating decision of the Department of Veterans Affairs (VA) Regional Office (RO). 

1. Service connection for posttraumatic stress disorder is dismissed. 

On August 23, 2017, the President signed into law the Veterans Appeals Improvement and Modernization Act, Pub. L. No. 115-55 (to be codified as amended in scattered sections of 38 U.S.C.), 131 Stat. 1105 (2017), also known as the Appeals Modernization Act (AMA). AMA became effective on February 19, 2019.

In this matter, the RO issued a rating decision denying the Veteran’s claim for service connection for posttraumatic stress disorder (PTSD) on January 15, 2019. The Veteran filed a VA Form 10182 on July 3, 2019 requesting direct review. The RO then sent the Veteran a letter informing him to use the proper form to file his request, and the Veteran subsequently filed a VA Form 20-0995 Decision Review Request: Supplemental Claim. See July 2019 RO Correspondence. In an August 2019 rating decision, the RO continued the Veteran’s previous denial of service connection for PTSD, and the Veteran did not appeal. The claim was then improperly docketed at the Board for appellate review. 

An AMA appeal comes before the Board in one of three ways: 1) an appeal of a RAMP rating decision; 2) an appeal of a rating decision with a notification letter dated on or after February 19, 2019; or 3) an appeal of a statement of the case or supplemental statement of the case issued on or after February 19, 2019. 38 C.F.R. § 19.2(d) (eff. Feb. 19, 2019); 38 C.F.R. § 3.2400.

A review of the record reflects that the Veteran did not opt into RAMP, nor was the January 15, 2019 rating decision a RAMP decision. Neither was the rating decision issued after February 19, 2019. Similarly, an SOC was not issued on or after February 19, 2019. Therefore, the submitted VA Form 10182 cannot be accepted as a valid appeal of the January 15, 2019 rating decision, and the Board lacks jurisdiction to review the matter. As such, the matter is dismissed.

 

 

P.M. DILORENZO

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board T. Mohammad

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.